K. ALEXANDRA McCLURE CASBN 189679
Law Offices of Alexandra McClure
217 Leidesdorff Street
San Francisco, CA 94111
(415) 814-3397
alex@alexmcclurelaw.com

Counsel for Defendant PINEDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>SEVERO PINEDA,<br><br>   Defendant. | NO. CR 23-00130 JD (LB)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEFENDANT SEVERO PINEDA'S MAY 12, 2025 CHANGE OF PLEA HEARING TO JUNE 23, 2025** |

Counsel for defendant Severo Pineda and counsel for the United States, Assistant United States Attorney Dan Karmel hereby stipulate and request a continuance of the change of plea hearing currently scheduled for May 12, 2025.

Undersigned defense counsel for Mr. Pineda makes the request in order to enable the parties to finalize their plea agreement. It is anticipated that Mr. Pineda will plead guilty to the Superseding Information in this case. The parties are available on June 23, 2025.  Mr. Pineda has been compliant with the conditions of his pretrial release and undersigned counsel has confirmed that he is in regular contact with his assigned officer.

Furthermore, counsel for the United States and undersigned counsel for Severo Pineda stipulate that time should be excluded under the Speedy Trial Act from May 12, 2025, through June 23, 2025. The government and counsel for the defendant agree that time should be excluded under the Speedy

Trial Act so that defense counsel can be available for the hearing and continue to prepare including by reviewing discovery produced by the government. The parties therefore stipulate and agree that excluding time until June 23, 2025, will allow for the continuity and effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from May 12, 2025, through June 23, 2025, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

      The undersigned defense counsel certifies that she has obtained the approval of the Assistant United States Attorney to file this stipulation and proposed order.

DATED: May 4, 2025.      */s/ K. Alexandra McClure*

                       K. ALEXANDRA MCCLURE
                       Counsel for Defendant SEVERO PINEDA

DATED: May 4, 2025.      */s/ Dan Karmel*

                       DAN KARMEL
                       Counsel for THE UNITED STATES

## [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the change of plea hearing currently scheduled for May 12, 2025, is continued to June 23, 2025, at 10:30 a.m. Time is excluded under the Speedy Trial Act to and including June 23, 2025.

IT IS SO ORDERED.

DATED: May 7, 2025                                          _____
                                                        HON. JAMES DONATO
                                                        United States District Court Judge