1    K. ALEXANDRA McCLURE CASBN 189679
     Law Offices of Alexandra McClure
2    217 Leidesdorff Street
     San Francisco, CA 94111
3    (415) 814-3397
     alex@alexmcclurelaw.com
4
     Counsel for Defendant PINEDA
5

6
                        UNITED STATES DISTRICT COURT
7
                     NORTHERN DISTRICT OF CALIFORNIA
8
                          SAN FRANCISCO DIVISION
9

10   UNITED STATES OF AMERICA,        )    NO. CR 23-00130- 5 JD (LB)
                                      )
11          Plaintiff,                )    **STIPULATION AND ORDER TO CONTINUE**
                                      )    **DEFENDANT SEVERO PINEDA'S JUNE 23,**
12   v.                               )    **2025 CHANGE OF PLEA HEARING ONE**
                                      )    **WEEK TO JUNE 30, 2025**
13   SEVERO PINEDA,                   )
                                      )
14          Defendant.                )
                                      )
15   _____     )

16

17          Counsel for defendant Severo Pineda and counsel for the United States, Assistant United States

18   Attorney Dan Karmel hereby stipulate and request a one week continuance of the change of plea hearing

19   currently scheduled for June 23, 2025.

20          Undersigned defense counsel for Mr. Pineda makes the request in order to enable the parties to

21   finalize their plea agreement. It is anticipated that Mr. Pineda will plead guilty to the Superseding

22   Information in this case. The parties are available on June 30, 2025.  Mr. Pineda has been compliant

23   with the conditions of his pretrial release and undersigned counsel has confirmed that he is in regular

24   contact with his assigned officer.

25          Furthermore, counsel for the United States and undersigned counsel for Severo Pineda stipulate

26   that time should be excluded under the Speedy Trial Act from June 23, 2025, through June 30, 2025.

27   The government and counsel for the defendant agree that time should be excluded under the Speedy

28   STIPULATION TO CONTINUE JUNE 23, 2025:
     CHANGE OF PLEA HEARING TO JUNE 30, 2025;
     [PROPOSED] ORDER
     Case No. CR 23-00130 JD (LB)                                          v. 7/10/2018

1  Trial Act so that defense counsel can be available for the hearing and continue to prepare including by

2  reviewing discovery produced by the government. The parties therefore stipulate and agree that

3  excluding time until June 30, 2025, will allow for the continuity and effective preparation of counsel.

4  *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served

5  by excluding the time from June 23, 2025, through June 30, 2025, from computation under the Speedy

6  Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §

7  3161(h)(7)(A), (B)(iv).

8       The undersigned defense counsel certifies that she has obtained the approval of the Assistant

9  United States Attorney to file this stipulation and proposed order.

10  DATED: June 16, 2025.                */s/ K. Alexandra McClure*

11                                       K. ALEXANDRA MCCLURE
                                         Counsel for Defendant SEVERO PINEDA
12

13  DATED: June 16, 2025.                */s/ Dan Karmel*

14                                       DAN KARMEL
                                         Counsel for THE UNITED STATES
15

16

17                                       **ORDER**

18       Based upon the facts set forth in the stipulation of the parties and for good cause shown, the

19  change of plea hearing currently scheduled for June 23, 2025, is continued to June 30, 2025. Time is

20  excluded under the Speedy Trial Act to and including June 30, 2025.

21  IT IS SO ORDERED.   DATED:

22    6/18/2025                          _____

23               _                       HON. JAMES DONATO
                                         United States District Court Judge
24

25

26

27

28  STIPULATION TO CONTINUE JUNE 23, 2025:
    CHANGE OF PLEA HEARING TO JUNE 30, 2025;
    [PROPOSED] ORDER
    Case No. CR 23-00130 JD (LB)                                        v. 7/10/2018